

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00265-CV

John **DONOHUE**,
Appellant

v.

Martha **DONOHUE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI19573
Honorable David A. Canales, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is GRANTED. The clerk's record is due on May 20, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court